■ MARJORIE LA TANT, Respondent, v. THOMAS STARK et al., Appellants.— Motion for permission to appeal to the Court of Appeals granted, without costs, and this court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante*, p. 94.]